UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COURTNEY PARSONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:19-cv-1253 |
| | ) |
| REPUBLIC SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

### I.   NATURE OF THE CASE

1. Plaintiff, Courtney Parsons ("Parsons" or "Plaintiff"), by counsel, brings this action against the Defendant, Republic Services, Inc. ("Defendant"), alleging violations of the Americans with Disabilities Act, as amended, 42 U.S.C. §12101 *et. seq*.

### II.   PARTIES

2. Parsons is a resident of Hamilton County in the State of Indiana, who at all times relevant to this action resided within the geographical boundaries of the Southern District of Indiana.

3. Defendant maintains offices and conducts business within the geographical boundaries of the Southern District of Indiana.

### III.   JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court over the subject matter of this litigation pursuant to 28 U.S.C. §1331; 28 U.S.C. §1343; 42 U.S.C. §12117 and 29 U.S.C.

1

§2617(a)(2).

5. Defendant is an "employer" as that term is defined by 42 U.S.C. §12111(5)(A).

6. Parsons was an "employee" as that term is defined by 42 U.S.C. §12111(4).

7. Parsons is a "qualified individual with a disability" as defined by the Americans with Disabilities Act, 42 U.S.C. §§12102(2) and 12111(8) and/or Defendant knew of Parsons's disability and/or regarded Parsons as being disabled and/or Parsons has a record of being disabled.

8. Parsons satisfied her obligation to exhaust his administrative remedies having timely filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC") against Defendant alleging disability discrimination. Parsons received the required Notice of Right to Sue and timely files this action.

9. A substantial part of the events, transactions, and occurrences relevant to this lawsuit arose within the geographical environs of the Southern District of Indiana; thus, venue is proper in this Court.

### III. FACTUAL ALLEGATIONS

10. Parsons began working for Defendant on August 22, 2016. Her most recent position was CRC Manager-Real Time Management.

11. At all relevant times, Parsons met or exceeded Defendant's legitimate performance expectations.

12. Parsons suffers from an addiction to alcohol that qualifies as a disability as

that term is defined by the American with Disabilities Act.

13. On or around November 11, 2018, Parsons went to Defendant's Phoenix headquarters for training. On or about November 13, 2018, Parsons developed the shakes, a side effect of her disability, during the morning hours.  To calm her condition, she drank a small amount of alcohol.

14. Shortly thereafter, she was called into Janelle Evans', Human Resources, office. Ms. Evans stated that she could smell alcohol on Parsons and Parsons immediately acknowledged that had a drink earlier to address her symptoms.

15. Parsons also expressed that she was an alcoholic and needed help for her dependency. Rather than engage in the interactive process to see whether there was an accommodation available to allow Parsons to retain her position, Evans immediately terminated her employment.

16. Further, Evans informed Charging Party that her benefits would be terminated and that she needed to vacate her hotel room by midnight because her company credit card was being disabled.  This left Parsons without a place to stay in a different city, nor a way to get home, and without health insurance to pursue medical attention for her disability.  Later that night, Parsons was taken by emergency medical services from her hotel to a hospital for treatment related to her disability.

17. Over the next several days, Parsons and her husband attempted to engage in the interactive process to see whether Parsons could enter an EAP program or seek other treatment for her condition and return to work; however, Defendant refused to consider any accommodation for Parsons or allow her to use leave under the FMLA to

treat her condition.

## IV. CAUSES OF ACTION

### COUNT I: DISABILITY DISCRIMINATION

18. Parsons hereby incorporates by reference paragraphs one (1) through seventeen (19) of his Complaint as if the same were set forth at length herein.

19. Defendant discriminated against Parsons on the basis of her disabilities.

20. Defendant's actions were intentional, willful and in reckless disregard of Parsons's legally protected rights as protected by the Americans with Disabilities Act, as amended, 42 U.S.C. §12101 *et. seg*.

21. Parsons has suffered damages as a result of Defendant's actions.

## VI. REQUESTED RELIEF

WHEREFORE, Plaintiff, Courtney Parsons, respectfully requests that this Court enter judgment in her favor and award her the following relief:

1. Reinstate Parsons to the position, salary and seniority level she would have enjoyed but for Defendant's unlawful actions; and/or payment to Parsons of front pay in lieu thereof;

2. All wages, benefits, compensation and other monetary loss suffered as a result of Defendant's unlawful actions;

3. Compensation for any and all other damages suffered as a consequence of Defendant's unlawful actions;

4. Compensatory damages for Defendant's violations of the ADA;

5. Punitive damages for Defendant's violations of the ADA;

6. Costs and attorney's fees incurred as a result of bringing this action;

7. Pre- and post-judgement interest on all sums recoverable; and

8. All other legal and/or equitable relief this Court sees fit to grant.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC
By:  /s/ Andrew Dutkanych
Andrew Dutkanych
411 Main Street
Evansville, Indiana 47708
Telephone:  (812) 424-1000
Facsimile:   (812) 424-1005
Email: ad@bdlegal.com

## DEMAND FOR JURY TRIAL

Plaintiff, Courtney Parsons, by counsel, requests a trial by jury on all issues deemed so triable.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC
By:  /s/ Andrew Dutkanych
Andrew Dutkanych
411 Main Street
Evansville, Indiana 47708
Telephone:  (812) 424-1000
Facsimile:   (812) 424-1005
Email: ad@bdlegal.com